STIEFEL, Respondent, v. STIEFEL, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Minnie Stiefel against lke Stiefel. G. A. Klein, for appellant. A. P. Wagener, for respondent. No opinion. Order modified, by reducing alimony to $15 per week and counsel fee to $100, and, as modified, affirmed, without costs. Order filed.

STORK, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Reinhard Stork against John D. Lymber. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

STORK, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Reinhard Stork against John D. Lymber. No opinion. Motion denied, without costs.

STRAUCH, Respondent, v. NEW YORK CONTRACTING CO. (PENNSYLVANIA TERMINAL) et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by William Strauch against the New York Contracting Company (Pennsylvania Terminal) and another. J. C. Toole, for appellants. C. A. Kalish, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STRAUSS, Respondent, v. EASTERN BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Henry S. Strauss against the Eastern Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 118 N. Y. Supp. 806.

STUDWELL, Appellant, v. BUSH CO., Limited, et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Frederic B. Studwell against the Bush Company, Limited, and another. G. N. Morgan, for appellant. I. R. Celand, for respondents. PER CURIAM. Order affirmed, with costs. Order filed. McLAUGHLIN, J., dissents. See, also, 126 App. Div. 818, 111 N. Y. Supp. 293.

STUDWELL et al., Park Com'rs, v. HALSTED et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the petition of Edwin F. Studwell and others, as Commissioners of Parks of the Town of Rye, to acquire by condemnation lands in the town of Rye for a public park, against Augustus M. Halsted and others. No opinion. Orders affirmed, with $10 costs and disbursements, upon the opinion of Mr. Justice Mills at Special Term. See, also, 116 N. Y. Supp. 68.

SULLIVAN, Respondent, v. BUTLER BROS. HOFF CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Stephen K. Sullivan against the Butler Bros. Hoff Company. Hardy & S. Nellabarger, for appellant. W. Sullivan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SULLIVAN, Respondent, v. CLARKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Michael Sullivan against Frank M. Clarke and Thomas J. O'Donnell, a partnership, etc. No opinion. Motion to dismiss appeal granted, with costs.

SULLIVAN, Respondent, v. HAY FOUNDRY & IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Bridget Sullivan, as administratrix, etc., against the Hay Foundry & Iron Works. No opinion. Judgment and order unanimously affirmed, with costs.

SURNEAR, Respondent, v. LOZIER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Mary E. Surnear, as administratrix, etc., against Annie E. Lozier, and another. No opinion. Motion to dismiss appeal denied, without costs.

In re SUTTON PLACE. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Sutton Place. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWEET, Respondent, v. MARSH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by William H. Sweet against Martha J. Marsh and another. No opinion. Motion granted, so as to recite that the reversal is upon the law and the facts. See, also, 117 N. Y. Supp. 930.

SWIFT, Respondent, v. LITTAUER, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Wilbur L. Swift against Lucius N. Littauer. No opinion. Judgment and order affirmed, with costs.

TAYLOR v. BELL et al. (Supreme Court. Appellate Division, Second Department. October 12, 1909.) Action by Thomas J. Taylor against Edna Bell and another. No opinion. Order affirmed, with $10 costs and disbursements.

TEDFORD v. LICHTENSTEIN. (Supreme Court, Appellate Division, First Department. February, 1909.) Action by James